No. State 98. JONES, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 223 N. W. 2d 687.)

Criminal law. Burglary and rape. Evidence. Sufficiency. Suppressed line-up identification. Independent in-court identification. Propriety of exclusion of polygraph examination results. Sentence. Appropriateness.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg*, state public defender, and *Richard M. Sals*, assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Christine M. Wiseman*, assistant attorney general.